

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Britney Nicole Dokey,                    * From the 350th District
                                           Court of Taylor County,
                                           Trial Court No. 10918-D.

Vs. No. 11-14-00338-CR                   * February 12, 2015

The State of Texas,                      * Per Curiam Memorandum Opinion
                                           (Panel consists of: Wright, C.J.,
                                           Willson, J., and Bailey, J.)

        This court has inspected the record in this cause and concludes that there is error in the order below.   Therefore, in accordance with this court's opinion, we vacate the trial court's order denying appeal bond and remand this cause to the trial court for further proceedings consistent with this opinion.